UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | 2:24-cr-00515-MRA | Date | October 17, 2024 |
|---|---|---|---|

| Present: The Honorable | MÓNICA RAMÍREZ ALMADANI, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | n/a |

| Gabriela Garcia | CourtSmart | Jeff Mitchell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Damien Joseph Leforbes | X | | X | Richard Schonfeld | X | | X |

**PROCEEDINGS:**   **CHANGE OF PLEA**

Defendant moves to change his plea to Counts 1 and 2 of the Information. The plea agreement is incorporated herein by reference. Defendant is sworn and enters his plea of guilty to Counts 1 and 2 of the Information.

The Court questions the defendant regarding plea of guilty and finds that a factual basis has been laid, and further finds the plea is knowledgeable and voluntarily made. The Court orders the plea accepted and entered.

Defendant is referred to the U.S. Probation Office for a full Pre-Sentence Report. Sentencing is set for **January 23, 2025,** at **10:30 a.m**. All previously scheduled dates in connection with this defendant are hereby vacated.

The government shall file its sentencing position papers at least 17 calendar days prior to the sentencing date. Defendant shall file his sentencing position papers no later than 10 calendar days prior to the sentencing date. Failure to file position papers by their due date may result in a continuance of the sentencing date and/or imposition of sanctions. With the exception of letters of support, no supplemental sentencing papers may be filed without leave of the Court.

Defendant remains on bond under the same terms and conditions.

: 34

Initials of Deputy Clerk   gga

**CC: USPO**