```
1  BILAL A. ESSAYLI
   United States Attorney
2  CHRISTINA T. SHAY
   Assistant United States Attorney
3  Chief, Criminal Division
   KERRY L. QUINN (Cal. Bar No. 302954)
4  Assistant United States Attorney
   Major Frauds Section
5       1100 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Facsimile: (213) 894-6269
7       Telephone: (213) 894-5423
        E-mail: Kerry.L.Quinn@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:24-CR-00515-MRA |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF REASSIGNMENT OF CRIMINAL CASE |
| DAMIEN JOSEPH LEFORBES, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

| | Name | E-Mail Address |
|---|---|---|
| Previously Assigned AUSA | Jeff P. Mitchell | Jeff.mitchell@usdoj.gov |
| Newly Assigned AUSA | Kerry L. Quinn | Kerry.L.Quinn@usdoj.gov |

Please make all necessary changes to the court's case Management/Electronic Case Filing system to ensure that the newly

//

assigned AUSA is associated with this case and receives all e-mails relating to filings in this case.

Dated: June 17, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney

                                        CHRISTINA T. SHAY
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                         /s/
                                        KERRY L. QUINN
                                        Assistant United States Attorney

                                        Attorneys for Plaintiff
                                        UNITED STATES OF AMERICA