UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 24-00515-MRA | Date | October 15, 2026 |
| Present: The Honorable | MONICA RAMIREZ ALMADANI, UNITED STATES DISTRICT JUDGE | | |
| Interpreter | None | | |

| Melissa H. Kunig | Deborah Parker | Kerry Quinn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Damien Joseph Leforbes | X | | X | Richard Schonfeld | X | | X |

**PROCEEDINGS: SENTENCING AND CONTINUED**

---

Sentencing hearing held. For the reasons stated on the record, the Court orders as follows:

- No later than November 5, 2026, the parties shall each file supplemental briefing addressing defendant's aggravated role adjustment, defendant's pretrial violation, and issues regarding a fine, and terms of either supervised release or probation. Each brief shall not exceed 10 pages.

- No later than November 19, 2026, the assigned U.S. Pretrial & Probation Officer shall file a response the above briefing and provide their views on what terms and conditions would apply if the Court were to consider a probationary sentence.

- The Court continues the sentencing in this matter to **December 10, 2026, at 10:00 a.m.**

0 : 46

Initials of Deputy Clerk mku

**cc:USPPO**